B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **14–10905**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/26/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Paul Passolano
aka James Paul Passalano Jr., fdba Morgan Perris, Corp.
25 Royal Vale Drive
Oak Brook, IL 60523

Wanda G Passolano
25 Royal Vale Drive
Oak Brook, IL 60523

Case Number: 14–10905
Office Code: 1

Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:
xxx–xx–9855
xxx–xx–1006

Attorney for Debtor(s) (name and address):
Nathan C Volheim
Sulaiman Law Group, LTD
900 Jorie Blvd
Suite 150
Oak Brook, IL 60523
Telephone number: 630–575–8181

Bankruptcy Trustee (name and address):
David R Brown ESQ
Springer Brown, LLC
400 South County Farm Road
Suite 330
Wheaton, IL 60187
Telephone number: 630 510–0000

## Meeting of Creditors:
Date: **April 29, 2014**     Time: **01:00 PM**
Location: **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 6/30/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

**Address of the Bankruptcy Clerk's Office:**
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604
Telephone number: 1–866–222–8029

**For the Court:**
Clerk of the Bankruptcy Court:
Jeffrey P. Allsteadt

Hours Open: Monday – Friday 8:30 AM –4:30 PM     Date: April 8, 2014

**EXPLANATIONS**  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.  ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                 Case No. 14-10905-DRC
James Paul Passolano                                                   Chapter 7
Wanda G Passolano
        Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmiller                Page 1 of 2                  Date Rcvd: Apr 08, 2014
                              Form ID: b9a                 Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2014.
db/jdb         +James Paul Passolano,   Wanda G Passolano,    25 Royal Vale Drive,   Oak Brook, IL 60523-1650
21708799       +Adventist Hinsdale Hospital,   PO Box 7000,   Bolingbrook, IL 60440-7000
21708798       +Adventist Hinsdale Hospital,   120 North Oak Street,   Hinsdale, IL 60521-3890
21708797       +Adventist Hinsdale Hospital,   135 North Oak Street,   Hinsdale, IL 60521-3860
21708801       +Aronberg Goldgehn Davis & Garmisa,   William J. Serritella Jr.,    330 N. Wabash Avenue Suite 1700,
                 Chicago, IL 60611-7765
21708803       +Blatt Hasenmiller F L,   125 S. Wacker Drive #400,   Chicago, IL 60606-4440
21708809       +Chase,   3415 Vision Drive,   Mail Code OH4-7142,   Columbus, OH 43219-6009
21708813       +Dr. Joanne T. Mele,   9 Willowcrest Drive,   Oak Brook, IL 60523-2625
21708815       +Edgerton & Edgerton,   125 Wood Street,   PO Box 218,   West Chicago, IL 60186-0218
21708816        Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
21708817       +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
21708819        First Merit Bank,   3 Cascade Plaze,   7th Floor,   Akron, OH 44308
21708820       +Freedman Anselmo Lindberg,   1771 W. Diehl, Suite 150,   PO Box 3228,   Naperville, IL 60566-3228
21708821       +Frontier Construction, Inc.,   7615 Plaza Ct.,   Willowbrook, IL 60527-5619
21708823       +HSBC,   Attn: CLM FAP,   2929 Walden Avenue,   Depew, NY 14043-2690
21708826       +Jaguar Credit,   Po Box 680020,   Attn: Bankruptcy,   Franklin, TN 37068-0020
21708829       +Merchants Credit Guide,   223 W. Jackson Boulevard,   Suite 700,   Chicago, IL 60606-6914
21708831      ++NATIONSTAR MORTGAGE,   PO BOX 630267,   IRVING TEXAS 75063-0116
               (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
21708834       +PNC Bank N.A,   1 Financial Parkway,   Kalamazoo, MI 49009-8002
21708833       +Pierce & Associates,   1 North Dearborn,   Ste 1300,   Chicago, IL 60602-4373
21708838       +Rathje & Woodward LLC,   300 East Roosevelt Road,   Wheaton, IL 60187-1908
21708839        Sears,   74155 Cass Avenue,   Darien, IL 60561
21708842        Sears / Citibank USA Sears,   P.O. Box 790034,   Saint Louis, MO 63179-0034
21708843       +Stellar Recovery, Inc,   1327 Highway 2 West,   Suite 100,   Kalispell, MT 59901-3413
21708844       +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
21708845       +US Bank Assorted,   29125 Solon Road,   Solon, OH 44139-3442
21708847       +Zwicker & Associates, P.C.,   7366 N. Lincoln Avenue, Suite 102,   Lincolnwood, IL 60712-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: courtinfo@sulaimanlaw.com Apr 09 2014 03:40:47    Nathan C Volheim,
                 Sulaiman Law Group, LTD,   900 Jorie Blvd,   Suite 150,   Oak Brook, IL   60523
tr             +EDI: QDRBROWN.COM Apr 09 2014 02:23:00    David R Brown, ESQ,   Springer Brown, LLC,
                 400 South County Farm Road,   Suite 330,   Wheaton, IL 60187-4547
21708796       +EDI: MERRICKBANK.COM Apr 09 2014 02:23:00    Advanta Bank Corporation,   Po Box 31032,
                 Tampa, FL 33631-3032
21708800       +EDI: BECKLEE.COM Apr 09 2014 02:23:00    American Express *,   c/o Becket & Lee,   P.O. Box 3001,
                 Malvern, PA 19355-0701
21752953        EDI: BECKLEE.COM Apr 09 2014 02:23:00    American Express Bank FSB,   c/o Becket and Lee LLP,
                 POB 3001,   Malvern  PA 19355-0701
21708802       +EDI: BANKAMER2.COM Apr 09 2014 02:23:00    Bank Of America, N.A. *,   401 N. Tryon Street,
                 NC1-021-02-20,   Charlotte, NC 28255-0001
21708804       +EDI: STFC.COM Apr 09 2014 02:23:00    CACH LLC,   4340 S. Monaco Street, 2nd Floor,
                 Denver, CO 80237-3408
21708810        EDI: CITICORP.COM Apr 09 2014 02:23:00    Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,   P.O. Box 20507,   Kansas City, MO 64195
21708805       +EDI: AIS.COM Apr 09 2014 02:23:00    Capital One, N.A. *,   c/o American Infosource,
                 P.O Box 54529,   Oklahoma City, OK 73154-1529
21708806       +EDI: CAPITALONE.COM Apr 09 2014 02:23:00    Capital One, N.A.*,   1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
21708807       +E-mail/Text: bankruptcy@cavps.com Apr 09 2014 03:43:11    Cavalry Portfolio Services,
                 500 Summit Lake Drive,   Valhalla, NY 10595-2322
21708808       +EDI: CHASE.COM Apr 09 2014 02:23:00    Chase *,   ATTN: Bankruptcy Department,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
21708811        EDI: DISCOVER.COM Apr 09 2014 02:23:00    Discover Financial Services,   2500 Lake Cook Road,
                 Deerfield, IL 60015
21708812        EDI: DISCOVER.COM Apr 09 2014 02:23:00    Discover Financial Services LLC,   Po Box 15316,
                 Wilmington, DE 19850
21708814       +EDI: TSYS2.COM Apr 09 2014 02:23:00    DSNB Macy's,   PO Box 8066,   Mason, OH 45040-8066
21708818       +EDI: BANKAMER.COM Apr 09 2014 02:23:00    FIA Card Services, N.A.,   PO Box 15019,
                 Wilmington, DE 19886-5019
21708824       +EDI: HFC.COM Apr 09 2014 02:23:00    HSBC,   One HSBC Center,   Buffalo, NY 14203-2885
21708825       +EDI: HFC.COM Apr 09 2014 02:23:00    HSBC,   Po Box 5213,   Carol Stream, IL 60197-5213
21708827       +EDI: RESURGENT.COM Apr 09 2014 02:23:00    LVNV Funding LLC,   15 South Main Street,
                 Greenville, SC 29601-2743
21708828       +EDI: TSYS2.COM Apr 09 2014 02:23:00    Macy's Inc.,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
21708830       +EDI: MID8.COM Apr 09 2014 02:23:00    Midland Funding,   8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
21708835        EDI: PRA.COM Apr 09 2014 02:24:00    Portfolio Recovery Associates,   Po box 12914,
                 Norfolk, VA 23541
```

```
District/off: 0752-1           User: mmiller              Page 2 of 2              Date Rcvd: Apr 08, 2014
                               Form ID: b9a               Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21708836       EDI: PRA.COM Apr 09 2014 02:24:00      Portfolio Recovery Associates LLC,   PO Box 41067,
                 Norfolk, VA 23541
21708837      +EDI: PRA.COM Apr 09 2014 02:24:00      Portfolio Recovery Associates, Inc,
                 120 Corporate Boulevard,   Norfolk, VA 23502-4962
21708840      +EDI: SEARS.COM Apr 09 2014 02:23:00      Sears,   Po Box 182149,   Columbus, OH 43218-2149
21708841      +EDI: SEARS.COM Apr 09 2014 02:23:00      Sears / CBSD,   Attn: Bankruptcy Department,
                 PO Box 6189,   Sioux Falls, SD 57117-6189
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21708832*    ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
                (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Drive,
                 Lewisville, TX 75067)
21708822     ##+Guerard, Kalina and Butkus,   100 W. Roosevelt Road, A-1,   Wheaton, IL 60187-5260
21708846     ##+Zwicker & Associates P.C.,    7366 N. Lincoln Ave. Suite 404,   Lincolnwood, IL 60712-1741
                                                                              TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2014 at the address(es) listed below:
              David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Nathan C Volheim    on behalf of Joint Debtor Wanda G Passolano courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Debtor James Paul Passolano courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```