B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 14–10905
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Paul Passolano | Wanda G Passolano |
| aka James Paul Passalano Jr., fdba | 25 Royal Vale Drive |
| Morgan Perris, Corp. | Oak Brook, IL 60523 |
| 25 Royal Vale Drive | |
| Oak Brook, IL 60523 | |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–9855                               xxx–xx–1006

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: July 1, 2014                        Jeffrey P. Allsteadt, Clerk
                                           United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 14-10905-DRC
James Paul Passolano                                                Chapter 7
Wanda G Passolano
         Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin                  Page 1 of 2                  Date Rcvd: Jul 01, 2014
                              Form ID: b18                 Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2014.
db/jdb       +James Paul Passolano,    Wanda G Passolano,    25 Royal Vale Drive,    Oak Brook, IL 60523-1650
21708799     +Adventist Hinsdale Hospital,    PO Box 7000,    Bolingbrook, IL 60440-7000
21708798     +Adventist Hinsdale Hospital,    120 North Oak Street,    Hinsdale, IL 60521-3890
21708797     +Adventist Hinsdale Hospital,    135 North Oak Street,    Hinsdale, IL 60521-3860
21708801     +Aronberg Goldgehn Davis & Garmisa,    William J. Serritella Jr.,    330 N. Wabash Avenue Suite 1700,
               Chicago, IL 60611-7765
21708803     +Blatt Hasenmiller F L,    125 S. Wacker Drive #400,    Chicago, IL 60606-4440
21708809     +Chase,   3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
21708813     +Dr. Joanne T. Mele,    9 Willowcrest Drive,    Oak Brook, IL 60523-2625
21708815     +Edgerton & Edgerton,    125 Wood Street,    PO Box 218,    West Chicago, IL 60186-0218
21708816      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21708817     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21708819      First Merit Bank,   3 Cascade Plaze,    7th Floor,    Akron, OH 44308
21708820     +Freedman Anselmo Lindberg,    1771 W. Diehl, Suite 150,    PO Box 3228,   Naperville, IL 60566-3228
21708821     +Frontier Construction, Inc.,    7615 Plaza Ct.,    Willowbrook, IL 60527-5619
21708823     +HSBC,   Attn: CLM FAP,    2929 Walden Avenue,    Depew, NY 14043-2690
21708826     +Jaguar Credit,    Po Box 680020,    Attn: Bankruptcy,    Franklin, TN 37068-0020
21708829     +Merchants Credit Guide,    223 W. Jackson Boulevard,    Suite 700,    Chicago, IL 60606-6914
21708831     ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
21708834     +PNC Bank N.A,    1 Financial Parkway,    Kalamazoo, MI 49009-8002
21708833     +Pierce & Associates,    1 North Dearborn,    Ste 1300,   Chicago, IL 60602-4373
21708838     +Rathje & Woodward LLC,    300 East Roosevelt Road,    Wheaton, IL 60187-1908
21708839      Sears,   74155 Cass Avenue,    Darien, IL 60561
21708842      Sears / Citibank USA Sears,    P.O. Box 790034,    Saint Louis, MO 63179-0034
21708843     +Stellar Recovery, Inc,    1327 Highway 2 West,    Suite 100,    Kalispell, MT 59901-3413
21708844     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
21708845     +US Bank Assorted,    29125 Solon Road,    Solon, OH 44139-3442
21708847     +Zwicker & Associates, P.C.,    7366 N. Lincoln Avenue, Suite 102,    Lincolnwood, IL 60712-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QDRBROWN.COM Jul 02 2014 01:18:00      David R Brown, ESQ,    Springer Brown, LLC,
               400 South County Farm Road,    Suite 330,    Wheaton, IL 60187-4547
21708796     +EDI: MERRICKBANK.COM Jul 02 2014 01:18:00      Advanta Bank Corporation,    Po Box 31032,
               Tampa, FL 33631-3032
21708800     +EDI: BECKLEE.COM Jul 02 2014 01:23:00      American Express *,    c/o Becket & Lee,    P.O. Box 3001,
               Malvern, PA 19355-0701
21752953      EDI: BECKLEE.COM Jul 02 2014 01:23:00      American Express Bank FSB,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
21708802     +EDI: BANKAMER2.COM Jul 02 2014 01:23:00      Bank Of America, N.A. *,    401 N. Tryon Street,
               NC1-021-02-20,    Charlotte, NC 28255-0001
21708804     +EDI: STFC.COM Jul 02 2014 01:23:00      CACH LLC,    4340 S. Monaco Street, 2nd Floor,
               Denver, CO 80237-3485
21708810      EDI: CITICORP.COM Jul 02 2014 01:23:00      Citicorp Credit Services *,
               ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195
21708805     +EDI: AIS.COM Jul 02 2014 01:23:00      Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
21708806     +EDI: CAPITALONE.COM Jul 02 2014 01:23:00      Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
21708807     +E-mail/Text: bankruptcy@cavps.com Jul 02 2014 01:39:59      Cavalry Portfolio Services,
               500 Summit Lake Drive,    Valhalla, NY 10595-2322
21708808     +EDI: CHASE.COM Jul 02 2014 01:23:00      Chase *,    ATTN: Bankruptcy Department,    P.O. Box 15298,
               Wilmington, DE 19850-5298
21708811      EDI: DISCOVER.COM Jul 02 2014 01:23:00      Discover Financial Services,    2500 Lake Cook Road,
               Deerfield, IL 60015
21708812      EDI: DISCOVER.COM Jul 02 2014 01:23:00      Discover Financial Services LLC,    Po Box 15316,
               Wilmington, DE 19850
21708814     +EDI: TSYS2.COM Jul 02 2014 01:23:00      DSNB Macy's,    PO Box 8066,    Mason, OH 45040-8066
21708818     +EDI: BANKAMER.COM Jul 02 2014 01:23:00      FIA Card Services, N.A.,    PO Box 15019,
               Wilmington, DE 19886-5019
21708824     +EDI: HFC.COM Jul 02 2014 01:23:00      HSBC,    One HSBC Center,    Buffalo, NY 14203-2842
21708825     +EDI: HFC.COM Jul 02 2014 01:23:00      HSBC,    Po Box 5213,    Carol Stream, IL 60197-5213
21708827     +EDI: RESURGENT.COM Jul 02 2014 01:23:00      LVNV Funding LLC,    15 South Main Street,
               Greenville, SC 29601-2743
21708828     +EDI: TSYS2.COM Jul 02 2014 01:23:00      Macy's Inc.,    9111 Duke Boulevard,
               Mason, OH 45040-8999
21708830     +EDI: MID8.COM Jul 02 2014 01:23:00      Midland Funding,    8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
21708835      EDI: PRA.COM Jul 02 2014 01:23:00      Portfolio Recovery Associates,    Po box 12914,
               Norfolk, VA 23541
21708836      EDI: PRA.COM Jul 02 2014 01:23:00      Portfolio Recovery Associates LLC,    PO Box 41067,
               Norfolk, VA 23541
```

```
District/off: 0752-1          User: admin             Page 2 of 2              Date Rcvd: Jul 01, 2014
                              Form ID: b18            Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21708837     +EDI: PRA.COM Jul 02 2014 01:23:00      Portfolio Recovery Associates, Inc,
              120 Corporate Boulevard,   Norfolk, VA 23502-4962
21708840     +EDI: SEARS.COM Jul 02 2014 01:23:00      Sears,   Po Box 182149,   Columbus, OH 43218-2149
21708841     +EDI: SEARS.COM Jul 02 2014 01:23:00      Sears / CBSD,   Attn: Bankruptcy Department,
              PO Box 6189,   Sioux Falls, SD 57117-6189
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21708832*   ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Drive,
              Lewisville, TX 75067)
21708822    ##+Guerard, Kalina and Butkus,   100 W. Roosevelt Road, A-1,   Wheaton, IL 60187-5260
21708846    ##+Zwicker & Associates P.C.,   7366 N. Lincoln Ave. Suite 404,   Lincolnwood, IL 60712-1741
                                                                                  TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2014 at the address(es) listed below:
              David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Nathan C Volheim    on behalf of Joint Debtor Wanda G Passolano courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Debtor James Paul Passolano courtinfo@sulaimanlaw.com,
               nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
               ;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 4
```